CORNELIUS W. EVERY, Doing Business as EVERY'S EXPRESS, Respondent, v. ALONZO HAVER, INC., et al., Appellants.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.